IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LILLIE WILBERT, 1295138,** <br> **AKA PRIZZON P.J.K. STAR,** <br><br> Plaintiff, <br><br> v. <br><br> **FIRST LADY MICHELLE OBAMA**, <br><br> Defendant. | § § § § § § § § § § § | Civil Action No. **3:14-CV-2636-L** |

# ORDER

Plaintiff Lillie Wilbert aka Prizzon P.J.K. Star ("Plaintiff") brought this action on July 17, 2014, pursuant to 42 U.S.C. § 1983. The case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 16, 2014, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order. No objections to the Report were received as of the date of this order.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order.

**It is so ordered** this 7th day of October, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page